**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09CV307-RJC-DCK**

| | |
|---|---|
| HENRY POL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL RESERVE BANK OF NEW | ) |
| YORK, CITIGROUP, CITIMORTGAGE, | ) |
| INC., BANK OF AMERICA, | ) |
| | ) |
| Defendants. | |

**ORDER ADMITTING SAHIL T. GODIWALA**
**TO PRACTICE *PRO HAC VICE***

FOR GOOD CAUSE SHOWN, and on Defendant Federal Reserve Bank of New York's "Motion For *Pro Hac Vice* Admission" (Document No. 9) and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Sahil T. Godiwala be admitted to practice *pro hac vice* before this Court in order to represent Defendant Federal Reserve Bank of New York in the above-captioned matter.

Signed: August 31, 2009

David C. Keesler
United States Magistrate Judge