# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Henry Pol,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

vs.                                               3:09-cv-307-RJC

Federal Reserve Bank of New York, et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 18, 2009 Order.

                                                      Signed: November 18, 2009

                                              */s/ Frank G. Johns*

                                              Frank G. Johns, Clerk
                                              United States District Court